1 | Hon. James L. Robart
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10 | **TEREX SOUTH DAKOTA, INC.**
11 | Plaintiff, | **Case No. 2:20-cv-00078-JLR**
12 | v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
13 | **PRECISION COMPONENTS CO. – an Iowa L.L.C.,**
14 | Defendant.
15
16
17
18
19
20
21
22
23
24
25
26
27
28 | STIPULATION AND ORDER
OF DISMISSAL

BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
(248) 358-4400

# **STIPULATION OF DISMISSAL**

Plaintiff Terex South Dakota, Inc. and Defendant Precision Components Co. hereby stipulate to the dismissal, with prejudice, of all pending claims asserted in this action as the parties have resolved their dispute via a Settlement Agreement. The parties agree that each party shall bear its own costs, expenses and attorney's fees.

SO STIPULATED AND AGREED:

By: */s/ Marc Lorelli*
Marc Lorelli *admitted pro hac vice*
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI  48075
Tel: (248) 358-4400
mlorelli@brookskushman.com

By: */s/ Wright Noel*
Wright Noel, WSBA #25264
CARSON & NOEL, PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
(425) 837-4717
wright@carsonnoel.com

*Attorneys for Plaintiff*

By: */s/ Jessica Andrade*
Jessica Andrade, WSBA #39297
POLSINELLI PC
1000 Second Ave., Suite 3500
Seattle, Washington 98104
Tel: (206) 892-8769
jessica.andrade@polsinelli.com

By: */s/ R. Dan Boulware*
R. Dan Boulware (pro hac vice application forthcoming)
POLSINELLI PC
3101 Frederick Avenue
St. Joseph, MO 64506
Tel: (816) 364-2117
dboulware@polsinelli.com

By: */s/ Keith Grady*
Keith Grady (pro hac vice application forthcoming)
POLSINELLI PC
100 S. Fourth St., Suite 1000
St. Louis, MO 63102
Tel: (314) 889-8000
kgrady@polsinelli.com

*Attorneys for Defendant*
*Precision Components Co*.

## ORDER OF DISMISSAL

The Court has reviewed the Parties' Stipulation and [Proposed] Order of Dismissal and finds good cause therefor.

IT IS HEREBY ORDERED that the parties' Stipulation of Dismissal is approved and all pending claims asserted in this action are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, expenses and attorney's fees.

**SO ORDERED**.

_____
Hon. James L. Robart
United States District Judge

Dated this 17th day of April, 2020

STIPULATION AND ORDER
OF DISMISSAL                                    2

BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
(248) 358-4400